UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEREK MORTLAND,                )   CASE NO.5:25-CV-01130
    Plaintiff,               )   JUDGE JOHN R. ADAMS
  -vs-                        )
                              )   MEMORANDUM OF OPINION
                              )   AND ORDER
LAXMI 7820 HOSPITALITY LLL, et.al,   )
    Defendants.             )


Plaintiff Derek Mortland filed an amended complaint against Defendants Laxmi 7820 Hospitality LLC ("Laxmi") and Yash Hospitality Group 7820 LLC ("Yash"), alleging violations of Title III of the Americans with Disabilities Act ("ADA"), and state law claims for denial of full and equal access under Ohio Revised Code § 4112.02, et seq., and violation of the Ohio Consumer Sales Practices Act ("OCSPA"). Doc. 10-2. Defendant Yash filed a motion to dismiss (1) under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction because Plaintiff has failed to establish standing to bring his ADA claim, or (2) alternatively, under Rule 12(b)(6) for failure to state a claim. Doc. 23.

This Court referred Yash's motion to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation ("R&R") recommending that the Court grant Yash's motion to dismiss under Rule 12(b)(1), deny Yash's motion to dismiss under Rule 12(b)(6) as moot, and dismiss Plaintiff's complaint for lack of subject matter jurisdiction. Doc. 32.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service.  Plaintiff did not object to the R&R. Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn,*

728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the R&R is adopted.  Defendant Yash's motion to dismiss pursuant to 12(b)(1) is granted because Plaintiff failed to establish that any injury in fact was traceable to Yash. Plaintiff's claims as to Defendant Yash are DISMISSED. Further, the Court grants Plaintiff's request to amend his Complaint (doc. 26, p. 7) as to Laxmi, the remaining defendant. Any amended Complaint shall be filed within 7 days of the date of this Order.

IT IS SO ORDERED.

Dated:  May 19, 2026                                    /s/ John R. Adams_____
                                                       UNITED STATES DISTRICT JUDGE